## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | :  **CRIMINAL NO.** |
| | : |
| **v.** | : |
| | : |
| | :  **VIOLATION:** |
| **AZHER HABIB SALIKUDDIN,** | :  **18 U.S.C. § 641** |
| | :  **(Knowing conversion of a thing of value of** |
| **Defendant.** | :  **the United States)** |

## I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

Between on or about May 7, 2014, and on or about December 18, 2014, **AZHER HABIB**

**SALIKUDDIN** did willfully and knowingly convert to his use information about a pending federal

investigation, that information being a thing of value of the United States.

(**Knowing conversion of a thing of value of the United States**, in violation of Title 18,
United States Code, Section 641)

Respectfully submitted,

JESSIE K. LIU
United States Attorney
DC Bar No. 472845

By: _____
Thomas A. Gillice
Assistant United States Attorney
D.C. Bar No. 452336
United States Attorney's Office
555 4th Street NW, 11th Floor
Washington, D.C. 20530
(202) 252-1791
thomas.gillice@usdoj.gov

and

Matthew Walczewski
IL Bar No. 6297873
Trial Attorney
Counterintelligence and Export Control Section
National Security Division
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530
202-307-5176
matthew.walczewski@usdoj.gov